UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

VEREEN DICKSON,

    Plaintiff,

v.

RYLAND MORTGAGE COMPANY, *et al.*,

    Defendants.

Case No. 2:15-cv-01556-APG-VCF

**ORDER REMANDING CASE TO STATE COURT**

    On August 11, 2015, plaintiff Vereen Dickson filed a complaint in Nevada state court against defendants asserting various claims arising out of the mortgage lien encumbering Dickson's property. (Dkt. #1-1.) On August 14, 2015, Dickson removed the action to this court. (Dkt. #1.)

    By the removal statute's plain language, only defendants can remove an action from state court to federal court. *See, e.g.,* 28 U.S.C. § 1441(a) (stating civil actions "may be removed by the defendant or the defendants"). If a plaintiff wants to litigate in federal court, she must bring her claim originally in this court, but she cannot remove it here from state court.

    IT IS THEREFORE ORDERED that this action is **REMANDED to the District Court, Clark County, Nevada.**

    DATED this 21st day of August, 2015.

                                                   ANDREW P. GORDON
                                                 UNITED STATES DISTRICT JUDGE